670 A.2d 1056

STATE OF NEW JERSEY v. ROOSEVELT JOHNSON.

January 4, 1996.

Certification is granted, and the judgment of the Appellate Division is summarily modified to provide that the matter be remanded to the trial court to conduct a hearing to determine whether there was a legitimate factual basis for defendant's objection to the laboratory certificate; and it is further

ORDERED that retrial of the matter is contingent on a determination by the trial court that there was a legitimate factual basis for defendant's objection.

Jurisdiction is not retained.

670 A.2d 1056

DAS SUPPLY COMPANY, INC., ETC. v.
SCHINDLER ELEVATOR, ETC.

January 24, 1996.

Certification is granted and summarily remanded to the Appellate Division to reconsider the issue of whether the warehousing fees were properly awarded as incidental damages pursuant to *N.J.S.A.* 12A:2–710.   Jurisdiction is not retained.